J-A03026-22

2022 PA Super 106

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| JEFFREY COOPER | |
| Appellant | No. 1189 EDA 2021 |

Appeal from the Order Entered May 11, 2021
In the Court of Common Pleas of Montgomery County
Criminal Division at No: CP-46-CR-0004008-2019

BEFORE:  STABILE, J., DUBOW, J., and McCAFFERY, J.

CONCURRING OPINION BY STABILE, J.:                **FILED JUNE 8, 2022**

I concur in the Majority's opinion, but write only to express my view that I believe this Court's *en banc* decision in **Commonwealth v. Simmons**, 262 A.3d 512 (Pa. Super. 2021) that held, *inter alia,* a VOP court may not anticipatorily revoke an order of probation prior to the commencement of probationary supervision to be in error.[1] My reasons for doing so are well stated by our colleague Judge Bowes in her concurring and dissenting opinion in **Simmons.**

---

[1] It should be noted that our Supreme Court has granted review of this issue in the case of **Commonwealth v. Rosario**, Nos. 1271 WDA 2020, 1272 WDA 2020, and 1273 WDA 2020 (Pa. Super. filed Sept. 10, 2021).